**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

SOUTHERN DISTRICT OF NEW YORK

Case number *(if known)* _____    Chapter    **11**

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    4/19

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).
For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | Debtor's name | **Eagle Corp. LLC** |
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | **FDBA  Hill Country Brooklyn, LLC**<br>**DBA  Hill Country Food Park** |
| 3. | Debtor's federal Employer Identification Number (EIN) | **46-2156882** |

| | | | |
|---|---|---|---|
| 4. | Debtor's address | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | **345 Adams Street**<br>**Brooklyn, NY 11201**<br>Number, Street, City, State & ZIP Code | **1123 Broadway, Suite 507**<br>**New York, NY 10010**<br>P.O. Box, Number, Street, City, State & ZIP Code |
| | | **Kings**<br>County | **Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | Debtor's website (URL) | |

| | | |
|---|---|---|
| 6. | Type of debtor | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br><br>☐ Partnership (excluding LLP)<br><br>☐ Other. Specify: _____ |

Debtor    **Eagle Corp. LLC**
⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯    Case number (if known) ⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯
          Name

**7.  Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

          **7225**

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply:*

  ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625 (amount subject to adjustment on 4/01/22 and every 3 years after that).

  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ A plan is being filed with this petition.

  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| District | When | Case number |
|---|---|---|
| District _____ | When _____ | Case number _____ |
| District _____ | When _____ | Case number _____ |

**10.  Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

■ No

☐ Yes.

| Debtor | | Relationship |
|---|---|---|
| Debtor _____ | | Relationship _____ |
| District _____ | When _____ | Case number, if known _____ |

| Debtor | **Eagle Corp. LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**11. Why is the case filed in this district?**  Check all that apply:

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (Check all that apply.)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency _____

Contact name _____

Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**   .   Check one:

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ■ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ■ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| Debtor | **Eagle Corp. LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **August 7, 2019**
                      MM / DD / YYYY

**X** **/s/ Marc Glosserman**                         **Marc Glosserman**
Signature of authorized representative of debtor        Printed name

Title   **CEO and Managing Member**

**18. Signature of attorney**

**X** **/s/ Brett S. Moore**                Date **August 7, 2019**
Signature of attorney for debtor                MM / DD / YYYY

**Brett S. Moore**
Printed name

**Porzio, Bromberg & Newman, P.C.**
Firm name

**156 W 56th St #803**
**New York, NY 10019**
Number, Street, City, State & ZIP Code

Contact phone   **212.265.6888**   Email address   **Bsmoore@pbnlaw.com**

**4026191 NY**
Bar number and State

**WRITTEN CONSENT OF
THE MANAGER OF
EAGLE CORP. LLC
F/K/A HILL COUNTRY BROOKLYN, LLC**

The undersigned, being the Manager of Eagle Corp. LLC f/k/a Hill Country Brooklyn, LLC, a Delaware limited liability company (the **"Company"**), acting by written consent of Feenix Venture Partners Opportunity Fund, LP without a meeting, and pursuant to authority to the Manager under the Company's Third Amended And Restated Limited Liability Company Agreement, does hereby consent to the adoption of the following resolutions as of August 7, 2019:

**WHEREAS**, the undersigned has considered the financial and operational aspects of the Company's business, and has evaluated the Company's alternatives in connection with a possible restructuring;

**NOW THEREFORE LET IT BE:**

**RESOLVED**, that in the judgment of the undersigned, it is desirable and in the best interests of the Company, its creditors, stockholders and other interested parties that a petition be filed by the Company seeking relief under the provisions of chapter 11 of title 11 of the United States Code (the **"Bankruptcy Code"**); and it is further

**RESOLVED**, that the Company shall be, and it hereby is, authorized to file a voluntary petition for relief under chapter 11 of the Bankruptcy Code, in the United States Bankruptcy Court for the Southern District of New York or such other court as the appropriate officer or officers of the Company shall determine to be appropriate (the **"Bankruptcy Court"**) and perform any and all such acts as are reasonable, advisable, expedient, convenient, proper or necessary to effect the foregoing, the performance of such acts to constitute conclusive evidence of the reasonableness, advisability, expedience, convenience, appropriateness, or necessity thereof; and it is further

**RESOLVED**, that Marc Glosserman (**"Authorized Officer"**) shall be, and hereby is, authorized and empowered, in the name and on behalf of the Company, to execute, acknowledge, deliver, verify and file petitions, schedules, lists, and other papers or documents in the Bankruptcy Court to commence a case under Chapter 11 of the Bankruptcy Code, and to take and perform any and all further actions and steps that any such Authorized Officer deems necessary, desirable or proper in connection with the Company's chapter 11 case, with a view to the successful prosecution of such case at such time as said officer executing the same shall determine; and it is further

**RESOLVED**, that the Authorized Officer, on behalf of the Company, is authorized, and empowered to retain the law firm of Porzio Bromberg & Newman, P.C. (**"Porzio"**) as bankruptcy counsel to the Company to represent and assist the Company in carrying out its duties under chapter 11 of the Bankruptcy Code, and to take any and all actions to advance the Company's rights in connection therewith, and the Authorized Officer is hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to and

1

immediately upon the filing of the bankruptcy, and to cause to be filed an appropriate application for authority to retain the services of Porzio; and it is further

**RESOLVED**, that the Authorized Officer of the Company be, and is, hereby authorized and empowered to employ and retain any other professionals, including attorneys, accountants, financial advisors, investment bankers, actuaries, consultants or brokers necessary to assist the Company in carrying out its duties under the Bankruptcy Code; and in connection therewith, the Authorized Officer is hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to or immediately upon the filing of the chapter 11 case and cause to be filed appropriate applications with the Bankruptcy Court for authority to retain the services of any other professionals, as necessary, and on such terms as are deemed necessary, desirable and proper; and it is further

**RESOLVED**, that the Authorized Officer of the Company be, and is, hereby authorized, empowered and directed on behalf of the Company to take any and all actions, negotiate, finalize, execute, certify, deliver, file and/or record and perform any and all documents, agreements, instruments, motions, pleadings, schedules, affidavits, certificates, applications for approvals, rulings of governmental or regulatory authorities and other papers, and to take and perform any and all further acts and deeds which they, in their sole discretion, deem necessary, proper, or desirable to carry out the purpose and intent of each of the foregoing resolutions and to effectuate a successful chapter 11 reorganization, such discretion to be conclusively evidenced by the filing thereof or the taking or performance of such action; and it is further

**RESOLVED**, that any and all past actions heretofore taken by any Authorized Officer or director of the Company in the name and on behalf of the Company in furtherance of the purpose or intent of any or all of the preceding resolutions be, and hereby are, ratified, confirmed and approved in all respects.

[The remainder of this page is intentionally blank]

2

4261468

IN WITNESS WHEREOF, the undersigned has duly executed this Written Consent as of
the date first above written.

EAGLE CORP. LLC. f/k/a HILL COUNTRY
BROOKLYN, LLC

By:     Hill Country Hospitality, LLC, Manager,


By:  _/s/ Marc Glosserman_____
Name:     Marc Glosserman
Title:      Managing Member

4261468

**Fill in this information to identify the case:**

Debtor name    **Eagle Corp. LLC**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF NEW YORK

Case number (if known)    _____

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **August  7, 2019**          X **/s/ Marc Glosserman**
                                              Signature of individual signing on behalf of debtor

                                              **Marc Glosserman**
                                              Printed name

                                              **CEO and Managing Member**
                                              Position or relationship to debtor

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Eagle Corp. LLC** |
| United States Bankruptcy Court for the: | **SOUTHERN DISTRICT OF NEW YORK** |
| Case number (if known): | _____ |

☐ Check if this is an amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Ahmuty, Demers & McManus 200 I.U. Willets Road Albertson, NY 11507 | | Trade Debt | | | | $8,087.62 |
| AlarmTronix Fire Alarm Services 353 West 48th Street, St 312 New York, NY 10036 | | Trade Debt | | | | $5,987.64 |
| Allied 345 Retail, LLC Lockbox #1692 PO Box 781692 Philadelphia, PA 19178-1692 | | Rent | | | | $117,000.00 |
| BHB Pest Elimination LLC 150 West 28th Street, St 702 New York, NY 10001 | | Trade Debt | | | | $6,255.55 |
| Blondie's Treehouse, Inc. 431 Fayette Avenue Mamaroneck, NY 10543 | | Trade Debt | | | | $7,065.00 |
| Con Edison PO Box 1702 New York, NY 10116-1702 | | Utility | | | | $8,772.04 |
| Dairyland PO Box 30944 New York, NY 10087 | | Trade Debt | | | | $8,203.32 |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **Eagle Corp. LLC** | | | Case number *(if known)* | |
|---|---|---|---|---|---|
| | Name | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Feenix Venture Partners Oppty Attn: Keith Lee/Michael Hoffma 777 Third Avenue, 23rd Fl New York, NY 10017** | **Attn: Keith Lee/Michael Hoffma** | **Capital Contribution** | | | | **$700,000.00** |
| **Garrett Singer Architects, PC 8 E Palisade Avenue, Loft A Englewood, NJ 07631** | | **Trade Debt** | | | | **$5,546.93** |
| **Imperial Bag & Paper Co LLC 225 Route 1 and 9 Jersey City, NJ 07306** | | **Trade Debt** | | | | **$11,961.70** |
| **Maximum Quality Foods 3351 Tremley Point Road, St 2 Linden, NJ 07036** | | **Trade Debt** | | | | **$12,801.21** |
| **NY Business Development Corp. 50 Beaver Street Albany, NY 12207** | | **Lien** | | **$2,004,799.00** | **$1,529,397.00** | **$475,402.00** |
| **Otis Elevator Company 65 Fairchild Avenue Plainview, NY 11803** | | **Trade Debt** | | | | **$7,486.89** |
| **Pat La Frieda 3701 Tonnelle Avenue North Bergen, NJ 07047** | | **Trade Debt** | | | | **$39,752.78** |
| **R & JP Builders Inc. 60-56 59th Avenue Maspeth, NY 11378** | | **Trade Debt** | | | | **$12,991.26** |
| **Sam Tell and Son, Inc. PO Box 1180 Farmingdale, NY 11735** | | **Trade Debt** | | | | **$8,456.67** |
| **Saybrook Hospitality Advisors PO Box 1032 Greens Farms Station Greens Farms, CT 06838** | | **Trade Debt** | | | | **$6,657.07** |

Official form 204   Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims   page 2

| Debtor | **Eagle Corp. LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Sign Expo**<br>**127 West 26th**<br>**Street, St 401**<br>**New York, NY 10001** | | **Trade Debt** | | | | **$19,872.46** |
| **US Foodservice, Inc**<br>**NY**<br>**1051 Amboy Avenue**<br>**Perth Amboy, NJ**<br>**08861** | | **Trade Debt** | | | | **$23,513.07** |
| **ZSD, Inc.**<br>**112 Hausman Street**<br>**Brooklyn, NY 11222** | | **Trade Debt** | | | | **$6,750.00** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **Eagle Corp. LLC**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF NEW YORK

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                                   12/15

| Part 1: | Summary of Assets |
|---|---|

1.    ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*.................................................................................................    $    **1,486,143.00**

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*.............................................................................................    $    **161,320.00**

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*...............................................................................................    $    **1,647,463.00**

| Part 2: | Summary of Liabilities |
|---|---|

2.    ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...................    $    **2,004,799.00**

3.    ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*...........................................................    $    **0.00**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*..............................    +$    **1,322,065.49**

4.    **Total liabilities** ...................................................................................................................
    Lines 2 + 3a + 3b    $    **3,326,864.49**

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                   Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name **Eagle Corp. LLC**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF NEW YORK

Case number (if known)

☐ Check if this is an amended filing

# Official Form 206A/B

## Schedule A/B: Assets - Real and Personal Property          12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:**   **Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **BNB Bank** | | **2063** | **$13.00** |
| 3.2. | **BNB Bank** | | **0730** | **$0.00** |
| 3.3. | **BNB Bank** | | **3160** | **$1,152.00** |
| 3.4. | **BNB Bank** | | **1339** | **$12.00** |
| 3.5. | **Capital One Bank** | | **0257** | **$48.00** |
| 3.6. | **Capital One Bank** | | **7867** | **$0.00** |
| 3.7. | **HSBC** | | **4474** | **$0.00** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **Eagle Corp. LLC** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

4.      Other cash equivalents *(Identify all)*

5.      **Total of Part 1.**                                                                                         | **$1,225.00** |
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| Part 2: | Deposits and Prepayments |
|---|---|

**6. Does the debtor have any deposits or prepayments?**

☐ No.  Go to Part 3.
■ Yes Fill in the information below.

7.      **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

7.1.   **Letter of Credit Deposit with US Bank**                                                    **$83,332.00**

8.      **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

8.1.   **Insurance**                                                                                                    **$3,444.00**

8.2.   **Expenses**                                                                                                     **$1,433.00**

9.      **Total of Part 2.**                                                                                          | **$88,209.00** |
Add lines 7 through 8. Copy the total to line 81.

| Part 3: | Accounts receivable |
|---|---|

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11.     **Accounts receivable**

11a. 90 days old or less:        **525.00**   -        **0.00**  = ....            **$525.00**
                                                face amount        doubtful or uncollectible accounts

12.     **Total of Part 3.**                                                                                         | **$525.00** |
Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| Part 4: | Investments |
|---|---|

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

Debtor     **Eagle Corp. LLC**                                              Case number *(If known)*  _____
_____
Name

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19.  **Raw materials** | | | | |
| 20.  **Work in progress** | | | | |
| 21.  **Finished goods, including goods held for resale** | | | | |
| 22.  **Other inventory or supplies** **Perishable Items** | 05/12/2019 | $10,107.00 | Recent cost | $10,107.00 |

23.  **Total of Part 5.**                                                                                          $10,107.00

Add lines 19 through 22.  Copy the total to line 84.

24.  **Is any of the property listed in Part 5 perishable?**
■ No
☐ Yes

25.  **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
■ No
☐ Yes. Book value  _____     Valuation method  _____     Current Value  _____

26.  **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 6: | **Farming and fishing-related assets (other than titled motor vehicles and land)** |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | **Office furniture, fixtures, and equipment; and collectibles** |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39.  **Office furniture** | | | |
| 40.  **Office fixtures** **Restaurant Equipment** | $358,402.00 | Recent cost | $61,254.00 |
| 41.  **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| 42.  **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

| Debtor | **Eagle Corp. LLC** | Case number *(If known)* |
|---|---|---|
| | Name | |

| | | |
|---|---|---|
| 43. | **Total of Part 7.** | $61,254.00 |
| | Add lines 39 through 42. Copy the total to line 86. | |

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
&#9632; No
&#9633; Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
&#9632; No
&#9633; Yes

**Part 8:      Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

&#9632; No. Go to Part 9.
&#9633; Yes Fill in the information below.

**Part 9:      Real property**

54. **Does the debtor own or lease any real property?**

&#9633; No. Go to Part 10.
&#9632; Yes Fill in the information below.

55.      **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.<br>**345 Adams Street, Brooklyn, New York.** | **Improvements to leased restaurant space** | **$3,596,138.00** | **Recent cost** | **$1,486,143.00** |

| | | |
|---|---|---|
| 56. | **Total of Part 9.** | $1,486,143.00 |
| | Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.<br>Copy the total to line 88. | |

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
&#9632; No
&#9633; Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
&#9632; No
&#9633; Yes

**Part 10:      Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

&#9632; No. Go to Part 11.
&#9633; Yes Fill in the information below.

**Part 11:      All other assets**

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                                                                Best Case Bankruptcy

| Debtor | **Eagle Corp. LLC** | Case number *(If known)* | |
|--------|---------------------|--------------------------|--|
|        | Name                |                          |  |

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ■ No.  Go to Part 12.
    ☐ Yes Fill in the information below.

| Debtor | **Eagle Corp. LLC** | Case number *(If known)* |
|---|---|---|
| | Name | |

<span style="background:black;color:white">Part 12:</span> **Summary**

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $1,225.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $88,209.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $525.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $10,107.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $61,254.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*..............................> | | $1,486,143.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $161,320.00 | + 91b. $1,486,143.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $1,647,463.00 |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name  **Eagle Corp. LLC**

United States Bankruptcy Court for the:  SOUTHERN DISTRICT OF NEW YORK

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim** | **Value of collateral that supports this claim** |
| | | Do not deduct the value of collateral. | |

| 2.1 | **NY Business Development Corp.** | | |

| | Creditor's Name | **Describe debtor's property that is subject to a lien** | $2,004,799.00 | $1,529,397.00 |
| | | **Lien** | | |

**50 Beaver Street**
**Albany, NY 12207**

Creditor's mailing address

**Describe the lien**
**Mortgage**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**10/21/2013**

**Last 4 digits of account number**
**NYGB**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

| 2.2 | **US Foods, Inc.** | | |

| | Creditor's Name | **Describe debtor's property that is subject to a lien** | **Unknown** | $0.00 |
| | | **UCC Filing** | | |

**1051 Amboy Avenue**
**Perth Amboy, NJ 08861**

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

Debtor   **Eagle Corp. LLC**
Name

Case number (if know) _____

■ No

☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

3.   **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**   | $2,004,799.0 0 |

**Part 2:   List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com   Best Case Bankruptcy

| Fill in this information to identify the case: |
| --- |
| Debtor name **Eagle Corp. LLC** |
| United States Bankruptcy Court for the: SOUTHERN DISTRICT OF NEW YORK |
| Case number (if known) |

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
| --- | --- | --- | --- |
| **2.1** Priority creditor's name and mailing address<br>**Internal Revenue Service**<br>**c/o Limei Chen**<br>**290 Broadway, 14th Fl, Gr 1**<br>**New York, NY 10007** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **$0.00** |
| Date or dates debt was incurred | Basis for the claim:<br>**IRS Audit of 2017 Tax Return** | | |
| Last 4 digits of account number | Is the claim subject to offset? | | |
| Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No<br>☐ Yes | | |

### Part 2:   List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
| --- | --- | --- |
| **3.1** Nonpriority creditor's name and mailing address<br>**A&L Cesspool & Recycling**<br>**38-40 Review Avenue**<br>**Long Island City, NY 11101** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$2,177.50** |
| Date(s) debt was incurred _ <br>Last 4 digits of account number _ | Basis for the claim: **Trade Debt**<br>Is the claim subject to offset? ☐ No ☐ Yes | |
| **3.2** Nonpriority creditor's name and mailing address<br>**A+ Accesslocksmiths Inc.**<br>**725 B Sixth Avenue**<br>**New York, NY 10010** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$517.16** |
| Date(s) debt was incurred _ <br>Last 4 digits of account number _ | Basis for the claim: **Trade Debt**<br>Is the claim subject to offset? ■ No ☐ Yes | |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                    33299                    Best Case Bankruptcy

| Debtor | Eagle Corp. LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $170.00 |
|---|---|---|---|

**Abbotsford Road Coffee Special**
**573 Sackett Street**
**Brooklyn, NY 11217**

Date(s) debt was incurred _____

Last 4 digits of account number _____

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,820.15 |
|---|---|---|---|

**Action Environmental Services**
**PO Box 554744**
**Detroit, MI 48255-4744**

Date(s) debt was incurred _____

Last 4 digits of account number _____

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Waste Management__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,087.62 |
|---|---|---|---|

**Ahmuty, Demers & McManus**
**200 I.U. Willets Road**
**Albertson, NY 11507**

Date(s) debt was incurred _____

Last 4 digits of account number _____

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,987.64 |
|---|---|---|---|

**AlarmTronix**
**Fire Alarm Services**
**353 West 48th Street, St 312**
**New York, NY 10036**

Date(s) debt was incurred _____

Last 4 digits of account number _____

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,113.40 |
|---|---|---|---|

**All Service Kitchen Equipment**
**10 Charles Street**
**PO Box 310**
**New Hyde Park, NY 11040**

Date(s) debt was incurred _____

Last 4 digits of account number _____

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $117,000.00 |
|---|---|---|---|

**Allied 345 Retail, LLC**
**Lockbox #1692**
**PO Box 781692**
**Philadelphia, PA 19178-1692**

Date(s) debt was incurred _____

Last 4 digits of account number _____

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Rent__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,215.04 |
|---|---|---|---|

**Allstar Security & Consulting**
**108 West 39th Street. 4th Fl**
**New York, NY 10018**

Date(s) debt was incurred _____

Last 4 digits of account number _____

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Eagle Corp. LLC** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| 3.10 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$866.66** |
|---|---|---|---|

**Antonios Development Corp.**
**2 14th Street, PH32**
**Hoboken, NJ 07030**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **Trade Debt**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,130.00** |
|---|---|---|---|

**Arista Coffee Inc.**
**59-01 55th Street**
**Maspeth, NY 11378**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **Trade Debt**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.12 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,684.28** |
|---|---|---|---|

**Around the Clock Lock and Key**
**62-45 Woodhave Blvd**
**Rego Park, NY 11374**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **Trade Debt**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.13 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,228.08** |
|---|---|---|---|

**ASCAP**
**21678 Network Place**
**Chicago, IL 60673-1216**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **Trade Debt**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$181.45** |
|---|---|---|---|

**Ashman Manufacturing**
**1120 Jensen Drive**
**Virginia Beach, VA 23451**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **Trade Debt**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.15 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,072.10** |
|---|---|---|---|

**Autotap Corp.**
**958 Grand Street**
**Brooklyn, NY 11211**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **Trade Debt**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,537.64** |
|---|---|---|---|

**Baldor**
**155 Food Center Drive**
**Bronx, NY 10474**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **Trade Debt**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Eagle Corp. LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$50.00** |
|---|---|---|---|

**Benefit Resource, Inc.**
**245 Kenneth Drive**
**Rochester, NY 14623**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$6,255.55** |
|---|---|---|---|

**BHB Pest Elimination LLC**
**150 West 28th Street, St 702**
**New York, NY 10001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$774.41** |
|---|---|---|---|

**Bi-Country Scale & Equipment**
**75 Kean Street**
**West Babylon, NY 11704**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,810.62** |
|---|---|---|---|

**BITE**
**1460 Broadway**
**New York, NY 10036**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$262.50** |
|---|---|---|---|

**Blank Slate Factory Inc.**
**68 Jay Street, Suite 512**
**Brooklyn, NY 11201-8360**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$7,065.00** |
|---|---|---|---|

**Blondie's Treehouse, Inc.**
**431 Fayette Avenue**
**Mamaroneck, NY 10543**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,731.37** |
|---|---|---|---|

**BMI**
**10 Music Square East**
**Nashville, TN 37203-9901**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Eagle Corp. LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.24**

**Nonpriority creditor's name and mailing address**
**Brian J. McAnneny Consulting**
**408 East 92nd Street, Apt. 15E**
**New York, NY 10128**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ☑ No ☐ Yes

$1,621.87

---

**3.25**

**Nonpriority creditor's name and mailing address**
**Brighthouse Financial**
**PO Box 371487**
**Pittsburgh, PA 15250**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ☑ No ☐ Yes

$629.00

---

**3.26**

**Nonpriority creditor's name and mailing address**
**Cadbury Press, Inc.**
**B Eads Street**
**West Babylon, NY 11704**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ☑ No ☐ Yes

$609.66

---

**3.27**

**Nonpriority creditor's name and mailing address**
**Carbon Company LLC**
**PO Box 129**
**Concordville, PA 19331**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ☑ No ☐ Yes

$1,184.00

---

**3.28**

**Nonpriority creditor's name and mailing address**
**Chair Up Inc.**
**48 Delancey Street**
**New York, NY 10002**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ☑ No ☐ Yes

$1,870.33

---

**3.29**

**Nonpriority creditor's name and mailing address**
**Chem-Clean Dishwasher LLC**
**33-67 55th Street**
**Woodside, NY 11377**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ☑ No ☐ Yes

$136.09

---

**3.30**

**Nonpriority creditor's name and mailing address**
**Chief Fire Prevention Corp.**
**10 West Broad**
**Mount Vernon, NY 10552**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ☑ No ☐ Yes

$1,507.17

---

Debtor   **Eagle Corp. LLC**                                     Case number (if known) _____
_____
Name

| 3.31 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,966.92** |
|---|---|---|---|

**Cintas the Uniform People**
PO Box 630803
Cincinnati, OH 45263-0803

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.32 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,669.25** |
|---|---|---|---|

**City of Saints Coffee Roasters**
PO Box 39
Brooklyn, NY 11206

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.33 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,340.00** |
|---|---|---|---|

**Cohen Hochman & Allen**
75 Maiden Lane, Ste 802
New York, NY 10038

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.34 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$8,772.04** |
|---|---|---|---|

**Con Edison**
PO Box 1702
New York, NY 10116-1702

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **Utility**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.35 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Cox Padmore Skolnik & Chakarch**
630 Third Avenue, 19th Fl
New York, NY 10017

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **Notice Only**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.36 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,081.73** |
|---|---|---|---|

**Crain's New York**
**Crain Communications, Inc.**
16309 Collections Center Drive
Chicago, IL 60693

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.37 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$8,203.32** |
|---|---|---|---|

**Dairyland**
PO Box 30944
New York, NY 10087

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Eagle Corp. LLC** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

---

**3.38**

**Nonpriority creditor's name and mailing address**
**Day & Night Refrigeration**
**10 Charles St.**
**PO Box 310**
**New Hyde Park, NY 11040**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Trade Debt**

Is the claim subject to offset? ☑ No ☐ Yes

**$4,050.94**

---

**3.39**

**Nonpriority creditor's name and mailing address**
**Department of Treasury**
**1973 Rulon White Blvd**
**Ogden, UT 84201-0102**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Trade Debt**

Is the claim subject to offset? ☑ No ☐ Yes

**$46.89**

---

**3.40**

**Nonpriority creditor's name and mailing address**
**DGA Security Systems, Inc.**
**PO Box 1920**
**New York, NY 10101-1920**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Trade Debt**

Is the claim subject to offset? ☑ No ☐ Yes

**$2,885.47**

---

**3.41**

**Nonpriority creditor's name and mailing address**
**Docutrend Imaging Solutions**
**575 8th Avenue, Fl 10**
**New York, NY 10018**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Notice Only**

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

**3.42**

**Nonpriority creditor's name and mailing address**
**DU's Donuts and Coffee**
**WD49, LLC**
**107 North 12th Street**
**Brooklyn, NY 11249**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Trade Debt**

Is the claim subject to offset? ☑ No ☐ Yes

**$1,519.20**

---

**3.43**

**Nonpriority creditor's name and mailing address**
**Eagle Mechanical Service**
**679 South Ocean Avenue**
**Freeport, NY 11520**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Trade Debt**

Is the claim subject to offset? ☑ No ☐ Yes

**$2,862.43**

---

**3.44**

**Nonpriority creditor's name and mailing address**
**Ecolab**
**PO Box 32027**
**New York, NY 10087-2027**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Trade Debt**

Is the claim subject to offset? ☑ No ☐ Yes

**$1,703.46**

---

| Debtor | **Eagle Corp. LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$211.93** |
|---|---|---|---|

**Employers Assurance Company**
PO Box 53092
Phoenix, AZ 85072-3092

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$700,000.00** |
|---|---|---|---|

**Feenix Venture Partners Oppty**
Attn: Keith Lee/Michael Hoffma
777 Third Avenue, 23rd Fl
New York, NY 10017

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Loan**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$570.70** |
|---|---|---|---|

**FoxRothschild LLP**
2000 Market Street, 20th Fl
Philadelphia, PA 19103

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,546.93** |
|---|---|---|---|

**Garrett Singer Architects, PC**
8 E Palisade Avenue, Loft A
Englewood, NJ 07631

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,428.86** |
|---|---|---|---|

**GolenbockElseman Assor Bell &**
711 Third Ave, 17th Fl.
New York, NY 10017

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$310.00** |
|---|---|---|---|

**Gourmet Boutique**
PO Box 11518
Newark, NJ 07101-4518

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$800.00** |
|---|---|---|---|

**Hear & There**
104 West 29th Street, 11th Fl
New York, NY 10010

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                                         Best Case Bankruptcy

| Debtor | **Eagle Corp. LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.52 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$131,281.00** |
|---|---|---|---|

**Hill Country Hospitality, LLC**
**1123 Broadway, Suite 507**
**New York, NY 10010**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Management Fees and Loans**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.53 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$41,826.00** |
|---|---|---|---|

**Hill Country NY, LLC**
**1123 Broadway, Suite 507**
**New York, NY 10010**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Intercompany Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.54 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,736.70** |
|---|---|---|---|

**I. Halper Paper & Supplies, In**
**51 Hook Road**
**Bayonne, NJ 07002**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.55 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$11,961.70** |
|---|---|---|---|

**Imperial Bag & Paper Co LLC**
**225 Route 1 and 9**
**Jersey City, NJ 07306**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.56 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$170.42** |
|---|---|---|---|

**Ink Keepers**
**PO Box 1759**
**Long Island City, NY 11101**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.57 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$500.00** |
|---|---|---|---|

**Justin Aharoni**
**250 N. 10th Street**
**Brooklyn, NY 11211**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.58 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,316.77** |
|---|---|---|---|

**Kalei Talwar dba Talwar Collec**
**784 Madison St., 2B**
**Brooklyn, NY 11221**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com · Best Case Bankruptcy

Debtor    **Eagle Corp. LLC**                                                    Case number *(if known)* _____
_____
Name

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,182.60 |
|---|---|---|---|

**King David Tacos**
**House of Solomin LLC**
**541 Kosciuszko Street**
**Brooklyn, NY 11221**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $578.00 |
|---|---|---|---|

**Kreuz Sausage & Barbecue Co.**
**619 N. Colorado Street**
**Lockhart, TX 78644-2110**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $304.06 |
|---|---|---|---|

**Lemode Plumbing and Heating In**
**34-55 11 Street**
**Astoria, NY 11106**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $450.00 |
|---|---|---|---|

**Letter Grade Consulting, Inc.**
**9728 3rd Avenue, Ste 304**
**Brooklyn, NY 11209**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.63 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,099.00 |
|---|---|---|---|

**Manahattan Mini-Storage LLC**
**541 West 29th Street**
**New York, NY 10001**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.64 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $391.40 |
|---|---|---|---|

**Manhattan Beer Distributions**
**PO Box 27458**
**New York, NY 10087-7458**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.65 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,433.80 |
|---|---|---|---|

**Marc's Distributing Services**
**1 Field Court**
**Hicksville, NY 11801**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Eagle Corp. LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.66 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$12,801.21** |
|---|---|---|---|

**Maximum Quality Foods**
**3351 Tremley Point Road, St 2**
**Linden, NJ 07036**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.67 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$126.95** |
|---|---|---|---|

**Mitel**
**28760 Network Place**
**Chicago, IL 60673**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Utility**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.68 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,213.84** |
|---|---|---|---|

**National Grid**
**PO Box 11741**
**Newark, NJ 07101-9839**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Utility**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.69 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,009.63** |
|---|---|---|---|

**Nationwide Printing Company**
**855-N Conkin Street**
**Farmingdale, NY 11735**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.70 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,845.76** |
|---|---|---|---|

**NuCO2 LLC**
**PO Box 417902**
**Boston, MA 02241-7902**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.71 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,500.00** |
|---|---|---|---|

**NY Unified Court**
**25 Beaver Street**
**New York, NY 10004**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.72 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,155.73** |
|---|---|---|---|

**NYC Doors and More Inc.**
**10 Driftwood Drive**
**Glen Cove, NY 11542**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

| Debtor | **Eagle Corp. LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.73**

| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,040.00** |
|---|---|---|
| **NYC Fire Department** | ☐ Contingent | |
| **9 Metrotech Center** | ☐ Unliquidated | |
| **Brooklyn, NY 11201** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Trade Debt** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.74**

| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$380.00** |
|---|---|---|
| **Oak Beverage - Beer** | ☐ Contingent | |
| **1 Flower Lane** | ☐ Unliquidated | |
| **Blauvelt, NY 10913** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Trade Debt** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.75**

| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$178.72** |
|---|---|---|
| **Oak Beverage - Wine & Liquor** | ☐ Contingent | |
| **1 Flower Lane** | ☐ Unliquidated | |
| **Blauvelt, NY 10913** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Trade Debt** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.76**

| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,818.16** |
|---|---|---|
| **Open Table** | ☐ Contingent | |
| **29109 Network Place** | ☐ Unliquidated | |
| **Chicago, IL 60673-1291** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Trade Debt** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.77**

| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$7,486.89** |
|---|---|---|
| **Otis Elevator Company** | ☐ Contingent | |
| **65 Fairchild Avenue** | ☐ Unliquidated | |
| **Plainview, NY 11803** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Trade Debt** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.78**

| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,062.47** |
|---|---|---|
| **Oxford Health Plans** | ☐ Contingent | |
| **Attn: Lisa Tatta** | ☐ Unliquidated | |
| **4 Research Drive** | ☐ Disputed | |
| **Shelton, CT 06484** | | |
| Date(s) debt was incurred _ | Basis for the claim:  **Trade Debt** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.79**

| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$39,752.78** |
|---|---|---|
| **Pat La Frieda** | ☐ Contingent | |
| **3701 Tonnelle Avenue** | ☐ Unliquidated | |
| **North Bergen, NJ 07047** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Trade Debt** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | **Eagle Corp. LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.80 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$544.40** |
|---|---|---|---|

**Perfect Pour Draft Beer Specia**
**81 Pondfield Road, #171**
**Bronxville, NY 10708**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.81 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$980.00** |
|---|---|---|---|

**Pipe Dreams**
**857 Union Street, 2C**
**Brooklyn, NY 11215**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.82 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$995.54** |
|---|---|---|---|

**Potato Roll Distributor**
**427 Beach 124 St**
**Rockaway Park, NY 11694**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.83 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Principal Financial Group**
**3025 W. College Street**
**Grand Island, NE 68803**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.84 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$12,991.26** |
|---|---|---|---|

**R & JP Builders Inc.**
**60-56 59th Avenue**
**Maspeth, NY 11378**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.85 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$839.60** |
|---|---|---|---|

**R.L. Schreiber, Inc.**
**PO Box 95000-5970**
**Philadelphia, PA 19195-5970**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.86 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,100.00** |
|---|---|---|---|

**Renzo Damore Art Services**
**12-18 121 Street**
**College Point, NY 11356**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Eagle Corp. LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.87** | **Nonpriority creditor's name and mailing address**
**Restaurant Technologies, Inc.**
**12962 Collections Center Drive**
**Chicago, IL 60693**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$4,058.12**

---

**3.88** | **Nonpriority creditor's name and mailing address**
**Riviera Produce**
**PO Box 6065**
**Englewood, NJ 07631**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$609.85**

---

**3.89** | **Nonpriority creditor's name and mailing address**
**Royal Associates**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$58.64**

---

**3.90** | **Nonpriority creditor's name and mailing address**
**Sam Tell and Son, Inc.**
**PO Box 1180**
**Farmingdale, NY 11735**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$8,456.67**

---

**3.91** | **Nonpriority creditor's name and mailing address**
**Saybrook Hospitality Advisors**
**PO Box 1032**
**Greens Farms Station**
**Greens Farms, CT 06838**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$6,657.07**

---

**3.92** | **Nonpriority creditor's name and mailing address**
**SESAC**
**35 Music Square East**
**Nashville, TN 37203**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$2,071.61**

---

**3.93** | **Nonpriority creditor's name and mailing address**
**Sign Expo**
**127 West 26th Street, St 401**
**New York, NY 10001**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$19,872.46**

---

Debtor    **Eagle Corp. LLC**
_____    Case number *(if known)* _____
Name

| | | |
|---|---|---|
| 3.94 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **$48.00** |

**Simple But Honest LLC**
**dba Talty Bar**
**1053 Manhattan Avenue**
**Brooklyn, NY 11222**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Trade Debt__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.95 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **$2,229.23** |

**SiteCompli LLC**
**53 West 23rd Street, 12th Fl**
**New York, NY 10010**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Trade Debt__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.96 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **$432.65** |

**Southern Wine & Spirits**
**PO Box 3143**
**Hicksville, NY 11802-3143**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Trade Debt__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.97 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **$82.77** |

**Spectrum Business**
**Time Warner Cable**
**PO Box 11820**
**Newark, NJ 07101-8120**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Utility__

**Last 4 digits of account number** _

Is the claim subject to offset? ☐ No ☐ Yes

---

| | | |
|---|---|---|
| 3.98 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **$270.25** |

**SpiceHouse USA**
**47 Bloomingdale Road**
**Hicksville, NY 11801**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Trade Debt__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.99 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **$1,111.00** |

**State Soda**
**21 Poplar Street**
**East Rutherford, NJ 07073**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Trade Debt__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.100 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **$1,130.00** |

**T Edward Wines LTD**
**PO Box 242**
**Gardiner, NY 12525**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Trade Debt__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

| Debtor | **Eagle Corp. LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.101 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$391.95** |
|---|---|---|---|

**T. C. Air Conditioning Corp.**
**12 Welsley Lane**
**Coram, NY 11727**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Trade Debt__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.102 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$82.00** |
|---|---|---|---|

**The Customer Connection II LLC**
**960 S Andreasen Dr. #B**
**Escondido, CA 92029**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Trade Debt__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.103 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,842.83** |
|---|---|---|---|

**Tom Cat Bakery, Inc.**
**43-05 Tenth Street**
**Long Island City, NY 11101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Trade Debt__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.104 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,842.83** |
|---|---|---|---|

**Tortilleria Nixtamal**
**41-11 National Street**
**Corona, NY 11368**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Trade Debt__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.105 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,039.69** |
|---|---|---|---|

**Union Beer Distributors**
**1213-17 Grant Street**
**Brooklyn, NY 11211**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Trade Debt__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.106 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$23,513.07** |
|---|---|---|---|

**US Foodservice, Inc NY**
**1051 Amboy Avenue**
**Perth Amboy, NJ 08861**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Trade Debt__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.107 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,446.00** |
|---|---|---|---|

**Van Leeuwen Ice Cream LLC**
**56 Dobbin Street**
**Brooklyn, NY 11222**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Trade Debt__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com | | Best Case Bankruptcy

| Debtor | **Eagle Corp. LLC** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

| 3.108 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$225.16** |
|---|---|---|---|

**Verizon**
**PO Box 15124**
**Albany, NY 12212-5124**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Utility**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.109 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,154.89** |
|---|---|---|---|

**White Plains Linen**
**4 John Walsh Blvd**
**Peekskill, NY 10566**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.110 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,270.00** |
|---|---|---|---|

**World Class Secutiry Services**
**155 Water Street, Rm 208**
**Brooklyn, NY 11201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.111 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$98.00** |
|---|---|---|---|

**Zenreach, Inc.**
**1 Letterman Drive, Suite CP500**
**San Francisco, CA 94129**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Utility**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.112 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,750.00** |
|---|---|---|---|

**ZSD, Inc.**
**112 Hausman Street**
**Brooklyn, NY 11222**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Part 3: | **List Others to Be Notified About Unsecured Claims** |
|---|---|

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Christina Brown, Esq.** **BELKIN BURDEN WENIG & GOLDMAN** **270 Madison Avenue** **New York, NY 10016** | Line  **3.8** ☐ Not listed. Explain ____ | _ |

---

| Part 4: | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |
|---|---|

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | **0.00** |
| **5b. Total claims from Part 2** | 5b. + | $ | **1,322,065.49** |

---

Official Form 206 E/F                Schedule E/F: Creditors Who Have Unsecured Claims                Page 17 of 18

| Debtor | **Eagle Corp. LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**5c. Total of Parts 1 and 2**
Lines 5a + 5b = 5c.

5c.  $ _____ **1,322,065.49**

**Fill in this information to identify the case:**

Debtor name **Eagle Corp. LLC**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF NEW YORK

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
    ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of space at 345 Adams Street, Brooklyn, NY** | |
| | State the term remaining | | **Allied 345 Retail, LLC Lockbox #1692 PO Box 781692 Philadelphia, PA 19178-1692** |
| | List the contract number of any government contract | | |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | **Soda Machine** | |
| | State the term remaining | | **Autotap Corp. 958 Grand Street Brooklyn, NY 11211** |
| | List the contract number of any government contract | | |
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | **Copier Machine** | |
| | State the term remaining | | **Docutrend Imaging Solutions 575 8th Avenue, Fl 10 New York, NY 10018** |
| | List the contract number of any government contract | | |
| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | **Dishwasher** | |
| | State the term remaining | | **Ecolab PO Box 32027 New York, NY 10087-2027** |
| | List the contract number of any government contract | | |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Fill in this information to identify the case: |
|---|
| Debtor name    **Eagle Corp. LLC** |
| United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF NEW YORK |
| Case number (if known)    _____ |

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors
12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

Column 1: **Codebtor**  |  Column 2: **Creditor**

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | **Hill Country Brooklyn Holdco** | **1123 Broadway, Suite 507 New York, NY 10010** | **NY Business Development Corp.** | ■ D __2.1__<br>☐ E/F _____<br>☐ G _____ |
| 2.2 | **Hill Country Hospitality, LLC** | **1123 Broadway, Suite 507 New York, NY 10010** | **NY Business Development Corp.** | ■ D __2.1__<br>☐ E/F _____<br>☐ G _____ |
| 2.3 | **Hill Country IP, LLC** | **1123 Broadway, Suite 507 New York, NY 10010** | **NY Business Development Corp.** | ■ D __2.1__<br>☐ E/F _____<br>☐ G _____ |
| 2.4 | **Marc Glosserman** | **1123 Broadway, Suite 507 New York, NY 10010** | **NY Business Development Corp.** | ■ D __2.1__<br>☐ E/F _____<br>☐ G _____ |

**Fill in this information to identify the case:**

Debtor name  **Eagle Corp. LLC**

United States Bankruptcy Court for the:  SOUTHERN DISTRICT OF NEW YORK

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy                04/19

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:    Income**

1.  **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2019** to **Filing Date** | ■ Operating a business<br>☐ Other | **$784,695.00** |
| **For prior year:**<br>From  **1/01/2018** to **12/31/2018** | ■ Operating a business<br>☐ Other   **Auto Sale** | **$210,185.00** |
| **For year before that:**<br>From  **1/01/2017** to **12/31/2017** | ■ Operating a business<br>☐ Other | **$4,953,842.00** |

2.  **Non-business revenue**
Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

■ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|

4.  **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed

Debtor    **Eagle Corp. LLC**                                 Case number *(if known)* _____

or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **MSFP Holding, LLC**<br>**1123 Broadway, Suite 507**<br>**New York, NY 10010** | **March 14, 2019** | **$16,000.00** | **Principal and Interest** |
| 4.2. **Hill Country Hospitality, LLC**<br>**1123 Broadway, Suite 507**<br>**New York, NY 10010**<br>**Affiliate** | **Various** | **$281,238.00** | **Management Fees and Expenses Allocations** |

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:    Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. **IRS Audit** | **IRS Audit of 2017 Tax Returns** | **Internal Revenue Service Agent Limei Chen 290 Broadwyay, 14th Fl, Group 1, MS14E New York, NY 10007** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. **Allied 345 Retail, LLC vs. Hill Country Brooklyn, LLC L&T 0666252/2019** | **Landlord Tenant** | **Non-Housing Part 52 Kings County 141 Livingston Street Brooklyn, NY 11201** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

8. **Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

Debtor    **Eagle Corp. LLC**        Case number *(if known)* _____

■ None

| Part 4: | Certain Gifts and Charitable Contributions |
|---|---|

9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

     ■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

| Part 5: | Certain Losses |
|---|---|

10. All losses from fire, theft, or other casualty within 1 year before filing this case.

     ■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Dates of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | | |

| Part 6: | Certain Payments or Transfers |
|---|---|

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

     ☐ None.

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Porzio, Bromberg & Newman, P.C.** **100 Southgate Parkway** **Morristown, NJ 07962-1997** | | **08/06/2019; 08/07/2019** | **$50,000.00** |
| | **Email or website address** | | | |
| | **Who made the payment, if not debtor?** **Hill Country Hospitality, LLC** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

     ■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

| Debtor | **Eagle Corp. LLC** | Case number *(if known)* |
|---|---|---|

■ None.

| | Who received transfer?
Address | Description of property transferred or
payments received or debts paid in exchange | Date transfer
was made | Total amount or
value |
|---|---|---|---|---|

**Part 7:  Previous Locations**

14. **Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy
From-To |
|---|---|

**Part 8:  Health Care Bankruptcies**

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services
the debtor provides | If  debtor provides meals
and housing, number of
patients in debtor's care |
|---|---|---|

**Part 9:  Personally Identifiable Information**

16. **Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or
profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

**Part 10:  Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold,
moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses,
cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and
Address | Last 4 digits of
account number | Type of account or
instrument | Date account was
closed, sold,
moved, or
transferred | Last balance
before closing or
transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this
case.

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

Debtor    **Eagle Corp. LLC**                                              Case number *(if known)* _____

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

| Part 11: | Property the Debtor Holds or Controls That the Debtor Does Not Own |
|---|---|

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

| Part 12: | Details About Environment Information |
|---|---|

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

| Part 13: | Details About the Debtor's Business or Connections to Any Business |
|---|---|

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor    **Eagle Corp. LLC**                                    Case number *(if known)* _____

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| | | |

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.    **Hill Country Hospitality, LLC**<br>**Accounting Dept.**<br>**1123 Broadway, Suite 507**<br>**New York, NY 10010** | **2013 - 2019** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are<br>unavailable, explain why |
|---|---|
| 26c.1.    **Hill Country Hospitality, LLC**<br>**Accounting Department**<br>**1123 Broadway, Suite 507**<br>**New York, NY 10010** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1.    **NY Business Development Corp.**<br>**50 Beaver Street**<br>**Albany, NY 12207** |

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No

■ Yes. Give the details about the two most recent inventories.

Debtor **Eagle Corp. LLC**                                    Case number *(if known)* _____

| 27.1. | Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|---|
| | **Hill Country Hospitality, LLC** | **May 2019** | **$10,107** |

| | Name and address of the person who has possession of inventory records |
|---|---|
| | **Hill Country Hospitality, LLC**<br>**1123 Broadway, Suite 507**<br>**New York, NY 10010** |

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Marc Glosserman** | **1123 Broadway, Suite 507**<br>**New York, NY 10010** | **CEO** | |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

■ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|

Debtor    **Eagle Corp. LLC**                                                    Case number *(if known)*

---

**Part 14:**    Signature and Declaration

---

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **August  7, 2019**

**/s/ Marc Glosserman**                                **Marc Glosserman**
Signature of individual signing on behalf of the debtor        Printed name

Position or relationship to debtor    **CEO and Managing Member**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Southern District of New York

In re  **Eagle Corp. LLC**                                                                 Case No. _____

                                                    Debtor(s)          Chapter        **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that
    compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to
    be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    **During the one year prior to the Petition Date, Porzio billed the Debtors $116,794.60 and was paid $60,000.**

    **In accordance with the 11 U.S.C. § 327(a), Porzio will waive the $59,794.60, which was unpaid and owing as of
    the petition date.**

2.  The source of the compensation paid to me was:

    ☐ Debtor        ☑ Other (specify):    **Hill Country Hospitality, LLC, a Debtor affiliate, provided a loan in the
    amount of $55,000 to the Debtor for the purpose of paying the Debtor's
    fees. The remaining $5,000 was provided for by the Debtor.**

3.  The source of compensation to be paid to me is:

    ☑ Debtor        ☐ Other (specify):

4.  ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A
    copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [Other provisions as needed]
        **See Retention Application of Porzio, Bromberg & Newman, P.C., filed concurrently herewith.**

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
        **None.**

---

### CERTIFICATION

    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in
this bankruptcy proceeding.

August 8, 2019                                         /s/ Brett S. Moore
_____         _____
Date                                                  **Brett S. Moore**
                                                      *Signature of Attorney*
                                                      **Porzio, Bromberg & Newman, P.C.**
                                                      **156 W 56th St #803**
                                                      **New York, NY 10019**
                                                      **212.265.6888  Fax: 212.957.3983**
                                                      **Bsmoore@pbnlaw.com**
                                                      *Name of law firm*

---

# United States Bankruptcy Court
## Southern District of New York

In re  **Eagle Corp. LLC**

Debtor(s)

Case No.

Chapter  **11**

### LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Alex Ramos**<br>**c/o BNY Mellon Wealth Manage**<br>**10 Mason Street, 1st Floor**<br>**Greenwich, CT 06830** | **D** | **10** | |
| **Charles Essex**<br>**c/o IRA Services Trust Co.**<br>**PO Box 7080**<br>**San Carlos, CA 94070** | **D** | **5** | |
| **Feenix Venture Partners Oppty**<br>**Attn: Keith Lee/Charles Essex**<br>**777 Third Avenue, 23rd Fl**<br>**New York, NY 10017** | **D** | **200** | |
| **Hill Country Brooklyn Holdco**<br>**c/o Marc Glosserman**<br>**1123 Broadway, Suite 507**<br>**New York, NY 10010** | **C** | **17.89333** | |
| **Hill Country Brooklyn Holdco**<br>**1123 Broadway, Suite 507**<br>**New York, NY 10010** | **B** | **45** | |
| **Hill Country Brooklyn Holdco**<br>**1123 Broadway, Suite 507**<br>**New York, NY 10010** | **E** | **350** | |
| **Jill Simon**<br>**323 Park Ave South #5A**<br>**New York, NY 10010** | **C** | **.44000** | |
| **Jill Simon**<br>**323 Park Ave South #5A**<br>**New York, NY 10010** | **A** | **1** | |
| **Jonathan Simon**<br>**c/o Simon Development Group**<br>**757 Third Avenue, 17th Floor**<br>**New York, NY 10017** | **C** | **1.66667** | |
| **Jonathan Simon**<br>**c/o Simon Development Group**<br>**757 Third Avenue, 17th Floor**<br>**New York, NY 10017** | **A** | **3.75** | |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

In re:   **Eagle Corp. LLC**                                          Case No. _____
                                    Debtor(s)

# LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Keith Lee**<br>**c/o Feenix Venture**<br>**777 Third Avenue, 23rd Fl.**<br>**New York, NY 10017** | **D** | **5** | |
| **Marc Glosserman**<br>**1123 Broadway, Suite 507**<br>**New York, NY 10010** | **A** | **40.25** | |
| **Michael Gildernhorn**<br>**5530 Wisconsin Avenue, St 1500**<br>**Chevy Chase, MD 20815** | **D** | **5** | |
| **MSFP Holdings, LLC**<br>**c/o Marc Glosserman**<br>**1123 Broadway, Suite 507**<br>**New York, NY 10010** | **D** | **120** | |
| **Phil Morgan**<br>**c/o HECHO**<br>**515 Leonard Street Basement**<br>**Brooklyn, NY 11222** | **D** | **5** | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **CEO and Managing Member** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   **August  7, 2019**                          Signature  **/s/ Marc Glosserman**
                                                               **Marc Glosserman**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Southern District of New York

In re   **Eagle Corp. LLC** _____    Case No. _____

                                 Debtor(s)    Chapter    **11** _____

# VERIFICATION OF CREDITOR MATRIX

I, the CEO and Managing Member of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   **August 7, 2019** _____      **/s/ Marc Glosserman** _____

                                                 **Marc Glosserman**/CEO and Managing Member
                                                 Signer/Title

A&L CESSPOOL & RECYCLING
38-40 REVIEW AVENUE
LONG ISLAND CITY, NY 11101


A+ ACCESSLOCKSMITHS INC.
725 B SIXTH AVENUE
NEW YORK, NY 10010


ABBOTSFORD ROAD COFFEE SPECIAL
573 SACKETT STREET
BROOKLYN, NY 11217


ACTION ENVIRONMENTAL SERVICES
PO BOX 554744
DETROIT, MI 48255-4744


AHMUTY, DEMERS & MCMANUS
200 I.U. WILLETS ROAD
ALBERTSON, NY 11507


ALARMTRONIX
FIRE ALARM SERVICES
353 WEST 48TH STREET, ST 312
NEW YORK, NY 10036


ALL SERVICE KITCHEN EQUIPMENT
10 CHARLES STREET
PO BOX 310
NEW HYDE PARK, NY 11040


ALLIED 345 RETAIL, LLC
LOCKBOX #1692
PO BOX 781692
PHILADELPHIA, PA 19178-1692


ALLSTAR SECURITY & CONSULTING
108 WEST 39TH STREET. 4TH FL
NEW YORK, NY 10018


ANTONIOS DEVELOPMENT CORP.
2 14TH STREET, PH32
HOBOKEN, NJ 07030

ARISTA COFFEE INC.
59-01 55TH STREET
MASPETH, NY 11378


AROUND THE CLOCK LOCK AND KEY
62-45 WOODHAVE BLVD
REGO PARK, NY 11374


ASCAP
21678 NETWORK PLACE
CHICAGO, IL 60673-1216


ASHMAN MANUFACTURING
1120 JENSEN DRIVE
VIRGINIA BEACH, VA 23451


AUTOTAP CORP.
958 GRAND STREET
BROOKLYN, NY 11211


BALDOR
155 FOOD CENTER DRIVE
BRONX, NY 10474


BENEFIT RESOURCE, INC.
245 KENNETH DRIVE
ROCHESTER, NY 14623


BHB PEST ELIMINATION LLC
150 WEST 28TH STREET, ST 702
NEW YORK, NY 10001


BI-COUNTRY SCALE & EQUIPMENT
75 KEAN STREET
WEST BABYLON, NY 11704


BITE
1460 BROADWAY
NEW YORK, NY 10036


BLANK SLATE FACTORY INC.
68 JAY STREET, SUITE 512
BROOKLYN, NY 11201-8360

BLONDIE'S TREEHOUSE, INC.
431 FAYETTE AVENUE
MAMARONECK, NY 10543


BMI
10 MUSIC SQUARE EAST
NASHVILLE, TN 37203-9901


BRIAN J. MCANNENY CONSULTING
408 EAST 92ND STREET, APT. 15E
NEW YORK, NY 10128


BRIGHTHOUSE FINANCIAL
PO BOX 371487
PITTSBURGH, PA 15250


CADBURY PRESS, INC.
B EADS STREET
WEST BABYLON, NY 11704


CARBON COMPANY LLC
PO BOX 129
CONCORDVILLE, PA 19331


CHAIR UP INC.
48 DELANCEY STREET
NEW YORK, NY 10002


CHEM-CLEAN DISHWASHER LLC
33-67 55TH STREET
WOODSIDE, NY 11377


CHIEF FIRE PREVENTION CORP.
10 WEST BROAD
MOUNT VERNON, NY 10552


CHRISTINA BROWN, ESQ.
BELKIN BURDEN WENIG & GOLDMAN
270 MADISON AVENUE
NEW YORK, NY 10016


CINTAS THE UNIFORM PEOPLE
PO BOX 630803
CINCINNATI, OH 45263-0803

CITY OF SAINTS COFFEE ROASTERS
PO BOX 39
BROOKLYN, NY 11206


COHEN HOCHMAN & ALLEN
75 MAIDEN LANE, STE 802
NEW YORK, NY 10038


CON EDISON
PO BOX 1702
NEW YORK, NY 10116-1702


COX PADMORE SKOLNIK & CHAKARCH
630 THIRD AVENUE, 19TH FL
NEW YORK, NY 10017


CRAIN'S NEW YORK
CRAIN COMMUNICATIONS, INC.
16309 COLLECTIONS CENTER DRIVE
CHICAGO, IL 60693


DAIRYLAND
PO BOX 30944
NEW YORK, NY 10087


DAY & NIGHT REFRIGERATION
10 CHARLES ST.
PO BOX 310
NEW HYDE PARK, NY 11040


DEPARTMENT OF TREASURY
1973 RULON WHITE BLVD
OGDEN, UT 84201-0102


DGA SECURITY SYSTEMS, INC.
PO BOX 1920
NEW YORK, NY 10101-1920


DOCUTREND IMAGING SOLUTIONS
575 8TH AVENUE, FL 10
NEW YORK, NY 10018

```
DU'S DONUTS AND COFFEE
WD49, LLC
107 NORTH 12TH STREET
BROOKLYN, NY 11249


EAGLE MECHANICAL SERVICE
679 SOUTH OCEAN AVENUE
FREEPORT, NY 11520


ECOLAB
PO BOX 32027
NEW YORK, NY 10087-2027


EMPLOYERS ASSURANCE COMPANY
PO BOX 53092
PHOENIX, AZ 85072-3092


FEENIX VENTURE PARTNERS OPPTY
ATTN: KEITH LEE/MICHAEL HOFFMA
777 THIRD AVENUE, 23RD FL
NEW YORK, NY 10017


FOXROTHSCHILD LLP
2000 MARKET STREET, 20TH FL
PHILADELPHIA, PA 19103


GARRETT SINGER ARCHITECTS, PC
8 E PALISADE AVENUE, LOFT A
ENGLEWOOD, NJ 07631


GOLENBOCKELSEMAN ASSOR BELL &
711 THIRD AVE, 17TH FL.
NEW YORK, NY 10017


GOURMET BOUTIQUE
PO BOX 11518
NEWARK, NJ 07101-4518


HEAR & THERE
104 WEST 29TH STREET, 11TH FL
NEW YORK, NY 10010


HILL COUNTRY BROOKLYN HOLDCO
1123 BROADWAY, SUITE 507
NEW YORK, NY 10010
```

HILL COUNTRY HOSPITALITY, LLC
1123 BROADWAY, SUITE 507
NEW YORK, NY 10010


HILL COUNTRY IP, LLC
1123 BROADWAY, SUITE 507
NEW YORK, NY 10010


HILL COUNTRY NY, LLC
1123 BROADWAY, SUITE 507
NEW YORK, NY 10010


I. HALPER PAPER & SUPPLIES, IN
51 HOOK ROAD
BAYONNE, NJ 07002


IMPERIAL BAG & PAPER CO LLC
225 ROUTE 1 AND 9
JERSEY CITY, NJ 07306


INK KEEPERS
PO BOX 1759
LONG ISLAND CITY, NY 11101


INTERNAL REVENUE SERVICE
C/O LIMEI CHEN
290 BROADWAY, 14TH FL, GR 1
NEW YORK, NY 10007


JUSTIN AHARONI
250 N. 10TH STREET
BROOKLYN, NY 11211


KALEI TALWAR DBA TALWAR COLLEC
784 MADISON ST., 2B
BROOKLYN, NY 11221


KING DAVID TACOS
HOUSE OF SOLOMIN LLC
541 KOSCIUSZKO STREET
BROOKLYN, NY 11221


KREUZ SAUSAGE & BARBECUE CO.
619 N. COLORADO STREET
LOCKHART, TX 78644-2110

LEMODE PLUMBING AND HEATING IN
34-55 11 STREET
ASTORIA, NY 11106


LETTER GRADE CONSULTING, INC.
9728 3RD AVENUE, STE 304
BROOKLYN, NY 11209


MANAHATTAN MINI-STORAGE LLC
541 WEST 29TH STREET
NEW YORK, NY 10001


MANHATTAN BEER DISTRIBUTIONS
PO BOX 27458
NEW YORK, NY 10087-7458


MARC GLOSSERMAN
1123 BROADWAY, SUITE 507
NEW YORK, NY 10010


MARC'S DISTRIBUTING SERVICES
1 FIELD COURT
HICKSVILLE, NY 11801


MAXIMUM QUALITY FOODS
3351 TREMLEY POINT ROAD, ST 2
LINDEN, NJ 07036


MITEL
28760 NETWORK PLACE
CHICAGO, IL 60673


NATIONAL GRID
PO BOX 11741
NEWARK, NJ 07101-9839


NATIONWIDE PRINTING COMPANY
855-N CONKIN STREET
FARMINGDALE, NY 11735


NUCO2 LLC
PO BOX 417902
BOSTON, MA 02241-7902

```
NY BUSINESS DEVELOPMENT CORP.
50 BEAVER STREET
ALBANY, NY 12207


NY UNIFIED COURT
25 BEAVER STREET
NEW YORK, NY 10004


NYC DOORS AND MORE INC.
10 DRIFTWOOD DRIVE
GLEN COVE, NY 11542


NYC FIRE DEPARTMENT
9 METROTECH CENTER
BROOKLYN, NY 11201


OAK BEVERAGE - BEER
1 FLOWER LANE
BLAUVELT, NY 10913


OAK BEVERAGE - WINE & LIQUOR
1 FLOWER LANE
BLAUVELT, NY 10913


OPEN TABLE
29109 NETWORK PLACE
CHICAGO, IL 60673-1291


OTIS ELEVATOR COMPANY
65 FAIRCHILD AVENUE
PLAINVIEW, NY 11803


OXFORD HEALTH PLANS
ATTN: LISA TATTA
4 RESEARCH DRIVE
SHELTON, CT 06484


PAT LA FRIEDA
3701 TONNELLE AVENUE
NORTH BERGEN, NJ 07047


PERFECT POUR DRAFT BEER SPECIA
81 PONDFIELD ROAD, #171
BRONXVILLE, NY 10708
```

PIPE DREAMS
857 UNION STREET, 2C
BROOKLYN, NY 11215


POTATO ROLL DISTRIBUTOR
427 BEACH 124 ST
ROCKAWAY PARK, NY 11694


PRINCIPAL FINANCIAL GROUP
3025 W. COLLEGE STREET
GRAND ISLAND, NE 68803


R & JP BUILDERS INC.
60-56 59TH AVENUE
MASPETH, NY 11378


R.L. SCHREIBER, INC.
PO BOX 95000-5970
PHILADELPHIA, PA 19195-5970


RENZO DAMORE ART SERVICES
12-18 121 STREET
COLLEGE POINT, NY 11356


RESTAURANT TECHNOLOGIES, INC.
12962 COLLECTIONS CENTER DRIVE
CHICAGO, IL 60693


RIVIERA PRODUCE
PO BOX 6065
ENGLEWOOD, NJ 07631


ROYAL ASSOCIATES


SAM TELL AND SON, INC.
PO BOX 1180
FARMINGDALE, NY 11735


SAYBROOK HOSPITALITY ADVISORS
PO BOX 1032
GREENS FARMS STATION
GREENS FARMS, CT 06838

SESAC
35 MUSIC SQUARE EAST
NASHVILLE, TN 37203


SIGN EXPO
127 WEST 26TH STREET, ST 401
NEW YORK, NY 10001


SIMPLE BUT HONEST LLC
DBA TALTY BAR
1053 MANHATTAN AVENUE
BROOKLYN, NY 11222


SITECOMPLI LLC
53 WEST 23RD STREET, 12TH FL
NEW YORK, NY 10010


SOUTHERN WINE & SPIRITS
PO BOX 3143
HICKSVILLE, NY 11802-3143


SPECTRUM BUSINESS
TIME WARNER CABLE
PO BOX 11820
NEWARK, NJ 07101-8120


SPICEHOUSE USA
47 BLOOMINGDALE ROAD
HICKSVILLE, NY 11801


STATE SODA
21 POPLAR STREET
EAST RUTHERFORD, NJ 07073


T EDWARD WINES LTD
PO BOX 242
GARDINER, NY 12525


T. C. AIR CONDITIONING CORP.
12 WELSLEY LANE
CORAM, NY 11727


THE CUSTOMER CONNECTION II LLC
960 S ANDREASEN DR. #B
ESCONDIDO, CA 92029

TOM CAT BAKERY, INC.
43-05 TENTH STREET
LONG ISLAND CITY, NY 11101


TORTILLERIA NIXTAMAL
41-11 NATIONAL STREET
CORONA, NY 11368


UNION BEER DISTRIBUTORS
1213-17 GRANT STREET
BROOKLYN, NY 11211


US FOODS, INC.
1051 AMBOY AVENUE
PERTH AMBOY, NJ 08861


US FOODSERVICE, INC NY
1051 AMBOY AVENUE
PERTH AMBOY, NJ 08861


VAN LEEUWEN ICE CREAM LLC
56 DOBBIN STREET
BROOKLYN, NY 11222


VERIZON
PO BOX 15124
ALBANY, NY 12212-5124


WHITE PLAINS LINEN
4 JOHN WALSH BLVD
PEEKSKILL, NY 10566


WORLD CLASS SECUTIRY SERVICES
155 WATER STREET, RM 208
BROOKLYN, NY 11201


ZENREACH, INC.
1 LETTERMAN DRIVE, SUITE CP500
SAN FRANCISCO, CA 94129


ZSD, INC.
112 HAUSMAN STREET
BROOKLYN, NY 11222

# United States Bankruptcy Court
## Southern District of New York

In re    **Eagle Corp. LLC**

Debtor(s)

Case No.

Chapter    **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for    **Eagle Corp. LLC**    in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Feenix Venture Partners Oppty**
**Attn: Keith Lee/Charles Essex**
**777 Third Avenue, 23rd Fl**
**New York, NY 10017**

**Hill Country Brooklyn Holdco**
**1123 Broadway, Suite 507**
**New York, NY 10010**

**Hill Country Brooklyn Holdco**
**1123 Broadway, Suite 507**
**New York, NY 10010**

**MSFP Holdings, LLC**
**c/o Marc Glosserman**
**1123 Broadway, Suite 507**
**New York, NY 10010**

☐ None [*Check if applicable*]

**August  7, 2019**

Date

**/s/ Brett S. Moore**

**Brett S. Moore**

Signature of Attorney or Litigant

Counsel for    **Eagle Corp. LLC**

**Porzio, Bromberg & Newman, P.C.**

**156 W 56th St #803**
**New York, NY 10019**
**212.265.6888 Fax:212.957.3983**
**Bsmoore@pbnlaw.com**