UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------X
: 
In re:                                              :    Chapter 11
                                                    :
Eagle Corp. LLC[1],                                 :
                                                    :    Case No.: 19-12565 (JLG)
              Debtor.                               :
                                                    :
---------------------------------------------------X

### ORDER GRANTING APPLICATION(S) FOR ALLOWANCE OF INTERIM/FINAL COMPENSATION AND REIMBURSEMENT OF EXPENSES

Upon consideration of Application(s) for Allowance of Interim/Final Compensation and Reimbursement of Expenses (the "Application(s)"), filed by Porzio, Bromberg & Newman, P.C, for professional services rendered and expenses incurred during the period commencing August 8, 2019, through March 31, 2020; and a hearing having been held before this court to consider the Application(s) on September 15, 2020; and notice having been given pursuant to Federal Rules of Bankruptcy Procedure 2002(a)(6) and (c)(2); and due consideration having been given to any responses thereto; and sufficient cause having been shown therefor, it is hereby;

ORDERED that the Application(s) is/are granted to the extent set forth in the attached Schedules.

Dated:  September 25, 2020
        New York, New York

                                                    /s/ *James L. Garrity, Jr.*
                                                    UNITED STATES BANKRUPTCY JUDGE

---

[1] The Debtor in this chapter 11 case, along with the last four digits of its federal tax identification number, is: Eagle Corp. LLC f/k/a Hill Country Brooklyn, LLC (6882).

1

4540799

*Case No.: 19-12565 (JLG)*
*Case Name:*  **Eagle Corp. LLC**

**SCHEDULE A**

**SECOND INTERIM PROFESSIONAL FEE ALLOWANCE**
Fee Period: October 17, 2019 through and including March 31, 2020

| (1) Applicant | (2) Date/Document Number of Application | (3) Interim Fees Requested on Application | (4) Fees Allowed | (5) Fees to be Paid for Current Fee Period | (6) Fees to be Paid for Prior Fee Period(s) (if any) (i.e., Holdback Release) | (7) Total Fees to be Paid | (8) Interim Expenses Requested | (9) Expenses to be Paid for Current Fee Period |
|---|---|---|---|---|---|---|---|---|
| Porzio, Bromberg & Newman, P.C. | May 5, 2020 [ECF No. 90] | $121,051.00 | $49,944.00[2] | $49,944.00 | $30,056.00 | $80,000.00 | $8,219.37 | $8,219.37 |

Revised September 2011          DATE ON WHICH ORDER WAS SIGNED: 9/25/2020          INITIALS:  JLG USBJ

---

[2] The amount proposed to be paid results from a settlement of Feenix's objection, resulting in  a voluntary discount of $71,107 from the total fees requested in the First and Second Interim Fee Applications as well as an agreement not to file any further fee applications for services performed after March 31, 2020. The amount to be paid also includes release of the Holdback from the First Interim Fee Order in the amount of $30,056.

2

4540799

*Case No.: 19-12565 (JLG)*

*Case Name:*  **Eagle Corp. LLC**                                                                                                      **SCHEDULE B**

**FINAL PROFESSIONAL FEE ALLOWANCE**
**Fee Period: August 8, 2019 through and including March 31, 2020**

| (1)<br>Applicant | (2)<br>Total Fees Requested | (3)<br>Total Fees Paid to Date | (4)<br>Total Expenses Requested | (5)<br>Total Expenses Paid to Date |
|---|---|---|---|---|
| Porzio, Bromberg & Newman, P.C. | $321,424.25 | $170,317.25 | $12,317.25 | $4,097.88 |

Revised September 2011          DATE ON WHICH ORDER WAS SIGNED: 9/25/2020          INITIALS: JLG USBJ

4540799