**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------- X
--                                                  :
                                                    :    Chapter 11
In re:                                              :
                                                    :
Eagle Corp. LLC[1],                                 :    Case No.: 19-12565 (JLG)
                                                    :
            Debtor.                                 :
                                                    X
------------------------------------------------------

**CASE STATUS REPORT**
**IN REFERENCE TO NOVEMBER 24, 2020 CASE CONFERENCE**

Eagle Corp. LLC (the "Debtor") in the above captioned chapter 11 proceeding, by and through its undersigned counsel, hereby provides this status report in connection with the upcoming case conference scheduled for November 24, 2020 at 10:00 AM.

1.  On October 6, 2020 this court enter an *Order Approving Procedures for: (i) Distribution of Remaining Estate Funds, (ii) Ultimate Dismissal of the Debtor's Chapter 11 Case, and (iii) Granting Related Relief* [ECF No. 120] (the "Dismissal Procedures Order"). The Dismissal Procedures Order provided that certain distributions should be made to all unsecured creditors in the case, in accordance to the distribution schedule attached to the Order.

2.  As indicated in our letter/status report filed on October 23, 2020 [ECF No. 121], by October 14, 2020, the Debtor, through its counsel, had cut checks, prepared cover letters and was poised to mail the distributions as required by the Dismissal Procedures Order. However, that

---

[1] The Debtor in this chapter 11 case, along with the last four digits of its federal tax identification number, is: Eagle Corp. LLC f/k/a Hill Country Brooklyn, LLC (6882).

6204718

same day, the New York State Department of Taxation and Finance filed a certain late claim No. 30, in the amount of $2,200.00 (the "NY State Claim").

3. In response, Debtor's counsel reached out for contacts within the State of New York Department of Taxation and Finance to request withdrawal of the claim. As a result, the NY State Claim was voluntarily withdrawn as reflected on Docket Nos. 122 and 124.

4. With the claims docket having been returned to correct status, on November 5, 2020, Debtor's counsel completed the distributions to all creditors in accordance with this Court's Dismissal Procedures Order, reserving appropriate moneys for payment of outstanding and resulting US Trustee fees.

5. Today and tomorrow, the Debtor will be filing its September and October 2020 Monthly Operating Reports, and making payment of all U.S. Trustee fees due in the case. 100% of the estate's funds have now been disbursed.

6. Momentarily, and prior to the status conference currently scheduled before this Court for November 24, 2020, Debtor's counsel will file its certification in compliance with the Dismissal Procedures Order and its request that the Court to enter the Dismissal Order which will fully and finally dispose of the case.

Dated: November 17, 2020        By:    */s/ Warren J. Martin Jr.*
                                              Warren J. Martin Jr.

                                        PORZIO, BROMBERG & NEWMAN, P.C.

                                        156 West 56th Street, Suite 803
                                        New York, New York 10019
                                        (212) 265-6888
                                        (212) 957-3983 Facsimile

                                        *Attorneys for Debtor and Debtor in Possession*

6204718