**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
One Bowling Green
New York, NY 10004–1408

| | |
|---|---|
| IN RE: Eagle Corp. LLC<br>dba   Hill Country Food Park<br>fdba  Hill Country Brooklyn, LLC | CASE NO.: 19–12565–jlg |
| Social Security/Taxpayer ID/Employer ID/Other Nos.:<br>46–2156882 | CHAPTER: 11 |

# NOTICE OF DISMISSAL

An order of dismissal was entered by the Honorable James L. Garrity Jr. in this Chapter 11 case.

Eagle Corp. LLC was dismissed from the case on December 4, 2020 .


Dated: December 4, 2020                                         Vito Genna
                                                                Clerk of the Court