# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0208–1 | User: | Date Created: 12/4/2020 |
| Case: 19–12565–jlg | Form ID: 131 | Total: 150 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
7577380      ROYAL ASSOCIATES

TOTAL: 1

**Recipients of Notice of Electronic Filing:**
ust      United States Trustee      USTPRegion02.NYECF@USDOJ.GOV
aty      Benjamin J. Higgins      benjamin.j.higgins@usdoj.gov
aty      Brett S. Moore      bsmoore@pbnlaw.com
aty      Warren J. Martin, Jr.      wjmartin@pbnlaw.com

TOTAL: 4

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db      Eagle Corp. LLC      1123 Broadway, Suite 507      New York, NY 10010
smg      New York State Tax Commission      Bankruptcy/Special Procedures Section      P.O. Box 5300      Albany, NY 12205–0300
smg      United States Attorney's Office      Southern District of New York      Attention: Tax & Bankruptcy Unit      86 Chambers Street, Third Floor      New York, NY 10007
smg      Internal Revenue Service      PO Box 7346      Philadelphia, PA 19101–7346
smg      N.Y. State Unemployment Insurance Fund      P.O. Box 551      Albany, NY 12201–0551
smg      New York City Dept. Of Finance      Office of Legal Affairs      375 Pearl Street, 30th Floor      New York, NY 10038
7577286      A&L CESSPOOL & RECYCLING      38–40 REVIEW AVENUE      LONG ISLAND CITY, NY 11101
7577287      A+ ACCESSLOCKSMITHS INC.      725 B SIXTH AVENUE      NEW YORK, NY 10010
7577288      ABBOTSFORD ROAD COFFEE SPECIAL      573 SACKETT STREET      BROOKLYN, NY 11217
7577289      ACTION ENVIRONMENTAL SERVICES      PO BOX 554744      DETROIT, MI 48255–4744
7577290      AHMUTY, DEMERS & MCMANUS      200 I.U. WILLETS ROAD      ALBERTSON, NY 11507
7577291      ALARMTRONIX      FIRE ALARM SERVICES      353 WEST 48TH STREET, ST 312      NEW YORK, NY 10036
7595755      ALARMTRONIX INC.      353 WEST 48TH STREET–SUITE 328      MANHATTAN, NY 10036
7636921      ALL SERVICE EQUIPMENT CORP.      10 CHARLES STREET      NEW HYDE PARK, NY 11040
7577292      ALL SERVICE KITCHEN EQUIPMENT      10 CHARLES STREET      PO BOX 310      NEW HYDE PARK, NY 11040
7577293      ALLIED 345 RETAIL, LLC      LOCKBOX #1692      PO BOX 781692      PHILADELPHIA, PA 19178–1692
7577294      ALLSTAR SECURITY & CONSULTING      108 WEST 39TH STREET. 4TH FL      NEW YORK, NY 10018
7577295      ANTONIOS DEVELOPMENT CORP.      2 14TH STREET, PH32      HOBOKEN, NJ 07030
7577296      ARISTA COFFEE INC.      59–01 55TH STREET      MASPETH, NY 11378
7577297      AROUND THE CLOCK LOCK AND KEY      62–45 WOODHAVE BLVD      REGO PARK, NY 11374
7577298      ASCAP      21678 NETWORK PLACE      CHICAGO, IL 60673–1216
7577299      ASHMAN MANUFACTURING      1120 JENSEN DRIVE      VIRGINIA BEACH, VA 23451
7577300      AUTOTAP CORP.      958 GRAND STREET      BROOKLYN, NY 11211
7577301      BALDOR      155 FOOD CENTER DRIVE      BRONX, NY 10474
7577302      BENEFIT RESOURCE, INC.      245 KENNETH DRIVE      ROCHESTER, NY 14623
7577303      BHB PEST ELIMINATION LLC      150 WEST 28TH STREET, ST 702      NEW YORK, NY 10001
7577304      BI–COUNTRY SCALE & EQUIPMENT      75 KEAN STREET      WEST BABYLON, NY 11704
7577305      BITE INC.      1460 BROADWAY      NEW YORK, NY 10036
7577306      BLANK SLATE FACTORY INC.      68 JAY STREET, SUITE 512      BROOKLYN, NY 11201–8360
7577307      BLONDIE'S TREEHOUSE, INC.      431 FAYETTE AVENUE      MAMARONECK, NY 10543
7577308      BMI      10 MUSIC SQUARE EAST      NASHVILLE, TN 37203–9901
7577309      BRIAN J. MCANNENY CONSULTING      408 EAST 92ND STREET, APT. 15E      NEW YORK, NY 10128
7577310      BRIGHTHOUSE FINANCIAL      PO BOX 371487      PITTSBURGH, PA 15250
7578794      Belkin Burden Wenig & Goldman, LLP      Attorneys for Allied 345 Retail LLC      270 Madison Avenue, 5th Floor      New York, New York 10016
7577311      CADBURY PRESS, INC.      B EADS STREET      WEST BABYLON, NY 11704
7577312      CARBON COMPANY LLC      PO BOX 129      CONCORDVILLE, PA 19331
7577313      CHAIR UP INC.      48 DELANCEY STREET      NEW YORK, NY 10002
7577314      CHEM–CLEAN DISHWASHER LLC      33–67 55TH STREET      WOODSIDE, NY 11377
7619220      CHEM–CLEAN DISHWASHER, LLC.      33–69 55TH STREET      WOODSIDE, NY 11377
7577315      CHIEF FIRE PREVENTION CORP.      10 WEST BROAD      MOUNT VERNON, NY 10552
7577316      CHRISTINA BROWN, ESQ.      BELKIN BURDEN WENIG & GOLDMAN      270 MADISON AVENUE      NEW YORK, NY 10016
7577317      CINTAS THE UNIFORM PEOPLE      PO BOX 630803      CINCINNATI, OH 45263–0803
7577318      CITY OF SAINTS COFFEE ROASTERS      PO BOX 39      BROOKLYN, NY 11206
7577319      COHEN HOCHMAN & ALLEN      75 MAIDEN LANE, STE 802      NEW YORK, NY 10038
7577320      CON EDISON      PO BOX 1702      NEW YORK, NY 10116–1702

| | | |
|---|---|---|
| 7577321 | COX PADMORE SKOLNIK & CHAKARCH | 630 THIRD AVENUE, 19TH FL | NEW YORK, NY 10017 |
| 7577322 | CRAIN'S NEW YORK | CRAIN COMMUNICATIONS, INC. | 16309 COLLECTIONS CENTER DRIVE | CHICAGO, IL 60693 |
| 7618542 | Consolidated Edison Company of New York, Inc. | 4 IRVING PLACE ROOM 1875S | NEW YORK, NY 10003 |
| 7577323 | DAIRYLAND | PO BOX 30944 | NEW YORK, NY 10087 |
| 7577324 | DAY & NIGHT REFRIGERATION | 10 CHARLES ST. | PO BOX 310 | NEW HYDE PARK, NY 11040 |
| 7636767 | DAY & NITE RERIGERATION CORP. | 10 CHARLES STREET | NEW HYDE PARK, NY 11040 |
| 7577325 | DEPARTMENT OF TREASURY | 1973 RULON WHITE BLVD | OGDEN, UT 84201–0102 |
| 7577326 | DGA SECURITY SYSTEMS, INC. | PO BOX 1920 | NEW YORK, NY 10101–1920 |
| 7577327 | DOCUTREND IMAGING SOLUTIONS | 575 8TH AVENUE, FL 10 | NEW YORK, NY 10018 |
| 7577328 | DU'S DONUTS AND COFFEE | WD49, LLC | 107 NORTH 12TH STREET | BROOKLYN, NY 11249 |
| 7577345 | Department of the Treasury | Internal Revenue Service | Post Office Box 7346 | Philadelphia, PA 19101–7346 |
| 7577329 | EAGLE MECHANICAL SERVICE | 679 SOUTH OCEAN AVENUE | FREEPORT, NY 11520 |
| 7577330 | ECOLAB | PO BOX 32027 | NEW YORK, NY 10087–2027 |
| 7624787 | EMPIRE MERCHANTS LLC | 16 BRIDGEWATER STREET | BROOKLYN,NY 11222 |
| 7577331 | EMPLOYERS ASSURANCE COMPANY | PO BOX 53092 | PHOENIX, AZ 85072–3092 |
| 7577332 | FEENIX VENTURE PARTNERS OPPTY | ATTN: KEITH LEE/MICHAEL HOFFMA | 777 THIRD AVENUE, 23RD FL | NEW YORK, NY 10017 |
| 7577333 | FOXROTHSCHILD LLP | 2000 MARKET STREET, 20TH FL | PHILADELPHIA, PA 19103 |
| 7624334 | Feenix Venture Partners Opportunity Fund LP | Golenbock Eiseman Assor Bell & Peskoe & | Attn Jonathan L Flaxer | 711 Third Avenue | New York, NY 10017 |
| 7577334 | GARRETT SINGER ARCHITECTS, PC | 8 E PALISADE AVENUE, LOFT A | ENGLEWOOD, NJ 07631 |
| 7577335 | GOLENBOCK EISEMAN ASSOR BELL & PESKOE LLP | Counsel to Feenix Venture Partners | Opportunity Fund, LP | 711 Third Avenue | New York, New York 10022 |
| 7577336 | GOURMET BOUTIQUE | PO BOX 11518 | NEWARK, NJ 07101–4518 |
| 7577337 | HEAR & THERE | 104 WEST 29TH STREET, 11TH FL | NEW YORK, NY 10010 |
| 7577338 | HILL COUNTRY BROOKLYN HOLDCO | 1123 BROADWAY, SUITE 507 | NEW YORK, NY 10010 |
| 7577339 | HILL COUNTRY HOSPITALITY, LLC | 1123 BROADWAY, SUITE 507 | NEW YORK, NY 10010 |
| 7577340 | HILL COUNTRY IP, LLC | 1123 BROADWAY, SUITE 507 | NEW YORK, NY 10010 |
| 7577341 | HILL COUNTRY NY, LLC | 1123 BROADWAY, SUITE 507 | NEW YORK, NY 10010 |
| 7577342 | I. HALPER PAPER & SUPPLIES, IN | 51 HOOK ROAD | BAYONNE, NJ 07002 |
| 7577343 | IMPERIAL BAG & PAPER CO LLC | 225 ROUTE 1 AND 9 | JERSEY CITY, NJ 07306 |
| 7577344 | INK KEEPERS | PO BOX 1759 | LONG ISLAND CITY, NY 11101 |
| 7577346 | JUSTIN AHARONI | 250 N. 10TH STREET | BROOKLYN, NY 11211 |
| 7577347 | KALEI TALWAR DBA TALWAR COLLEC | 784 MADISON ST., 2B | BROOKLYN, NY 11221 |
| 7577348 | KING DAVID TACOS | HOUSE OF SOLOMIN LLC | 541 KOSCIUSZKO STREET | BROOKLYN, NY 11221 |
| 7577350 | LEMODE PLUMBING AND HEATING IN | 34–55 11 STREET | ASTORIA, NY 11106 |
| 7577351 | LETTER GRADE CONSULTING, INC. | 9728 3RD AVENUE, STE 304 | BROOKLYN, NY 11209 |
| 7577519 | Lemery Greisler LLC | Attorneys for New York Business | Development Corporation | 50 Beaver Street – 2nd Fl. | Albany, New York 12207 |
| 7577352 | MANAHATTAN MINI–STORAGE LLC | 541 WEST 29TH STREET | NEW YORK, NY 10001 |
| 7577353 | MANHATTAN BEER DISTRIBUTIONS | PO BOX 27458 | NEW YORK, NY 10087–7458 |
| 7577354 | MARC GLOSSERMAN | 1123 BROADWAY, SUITE 507 | NEW YORK, NY 10010 |
| 7577355 | MARC'S DISTRIBUTING SERVICES | 1 FIELD COURT | HICKSVILLE, NY 11801 |
| 7577356 | MAXIMUM QUALITY FOODS | 3351 TREMLEY POINT ROAD, ST 2 | LINDEN, NJ 07036 |
| 7577357 | MITEL | 28760 NETWORK PLACE | CHICAGO, IL 60673 |
| 7577358 | NATIONAL GRID | PO BOX 11741 | NEWARK, NJ 07101–9839 |
| 7577359 | NATIONWIDE PRINTING COMPANY | 855–N CONKIN STREET | FARMINGDALE, NY 11735 |
| 7577360 | NUCO2 LLC | PO BOX 417902 | BOSTON, MA 02241–7902 |
| 7577361 | NY BUSINESS DEVELOPMENT CORP. | 50 BEAVER STREET | ALBANY, NY 12207 |
| 7577362 | NY UNIFIED COURT | 25 BEAVER STREET | NEW YORK, NY 10004 |
| 7671263 | NYC DEPARTMENT OF FINANCE | TAX, AUDIT AND ENFORCEMENT DIVISION | 375 PEARL STREET | NEW YORK, NY 10038 | ATTN: BANKRUPTCY UNIT |
| 7577363 | NYC DOORS AND MORE INC. | 10 DRIFTWOOD DRIVE | GLEN COVE, NY 11542 |
| 7577364 | NYC FIRE DEPARTMENT | 9 METROTECH CENTER | BROOKLYN, NY 11201 |
| 7642932 | NYS Department of Taxation & Finance | 15 MetroTech Center | Brooklyn, NY 11201 |
| 7607056 | New York Business Development Corporation | c/o Paul A. Levine, Esq. | Lemery Greisler LLC | 50 Beaver Street | Albany, New York 12207 |
| 7641544 | New York State Department of Taxation & Finance | Bankruptcy Section | P O Box 5300 | Albany New York 12205–0300 |
| 7577365 | OAK BEVERAGE – BEER | 1 FLOWER LANE | BLAUVELT, NY 10913 |
| 7577366 | OAK BEVERAGE – WINE & LIQUOR | 1 FLOWER LANE | BLAUVELT, NY 10913 |
| 7577367 | OPEN TABLE | 29109 NETWORK PLACE | CHICAGO, IL 60673–1291 |
| 7577368 | OTIS ELEVATOR COMPANY | 65 FAIRCHILD AVENUE | PLAINVIEW, NY 11803 |
| 7577369 | OXFORD HEALTH PLANS | ATTN: LISA TATTA | 4 RESEARCH DRIVE | SHELTON, CT 06484 |
| 7580025 | Office of the United States Trustee | Attn: Benjamin J. Higgins | U.S. Federal Office Building | 201 Varick St., Room 1006 | New York, New York 10014 |
| 7577370 | PAT LA FRIEDA | 3701 TONNELLE AVENUE | NORTH BERGEN, NJ 07047 |

| 7577371 | PERFECT POUR DRAFT BEER SPECIA | 81 PONDFIELD ROAD, #171 | BRONXVILLE, NY 10708 |
| 7620704 | PERFECT POUR DRAFT BEER SPECIALISTS | 81 PONDFIELD RD #171 | BRONXVILLE, NY 10708 |
| 7577372 | PIPE DREAMS | 857 UNION STREET, 2C | BROOKLYN, NY 11215 |
| 7577373 | POTATO ROLL DISTRIBUTOR | 427 BEACH 124 ST | ROCKAWAY PARK, NY 11694 |
| 7577374 | PRINCIPAL FINANCIAL GROUP | 3025 W. COLLEGE STREET | GRAND ISLAND, NE 68803 |
| 7577375 | R & JP BUILDERS INC. | 60–56 59TH AVENUE | MASPETH, NY 11378 |
| 7577376 | R.L. SCHREIBER, INC. | PO BOX 95000–5970 | PHILADELPHIA, PA 19195–5970 |
| 7577377 | RENZO DAMORE ART SERVICES | 12–18 121 STREET | COLLEGE POINT, NY 11356 |
| 7577378 | RESTAURANT TECHNOLOGIES, INC. | 12962 COLLECTIONS CENTER DRIVE | CHICAGO, IL 60693 |
| 7577379 | RIVIERA PRODUCE | PO BOX 6065 | ENGLEWOOD, NJ 07631 |
| 7577381 | SAM TELL AND SON, INC. | PO BOX 1180 | FARMINGDALE, NY 11735 |
| 7577382 | SAYBROOK HOSPITALITY ADVISORS | PO BOX 1032 | GREENS FARMS STATION  GREENS FARMS, CT 06838 |
| 7577383 | SESAC | 35 MUSIC SQUARE EAST | NASHVILLE, TN 37203 |
| 7577384 | SIGN EXPO | 127 WEST 26TH STREET, ST 401 | NEW YORK, NY 10001 |
| 7577385 | SIMPLE BUT HONEST LLC | DBA TALTY BAR  1053 MANHATTAN AVENUE | BROOKLYN, NY 11222 |
| 7577386 | SITECOMPLI LLC | 53 WEST 23RD STREET, 12TH FL | NEW YORK, NY 10010 |
| 7591682 | SOUTHERN GLAZER'S WINE AND SPIRITS, LLC. | HELENE NICHOLSON  14911 QUORUM DRIVE, SUITE 150 | DALLAS, TX 75254 |
| 7577387 | SOUTHERN WINE & SPIRITS | PO BOX 3143 | HICKSVILLE, NY 11802–3143 |
| 7577388 | SPECTRUM BUSINESS | TIME WARNER CABLE  PO BOX 11820 | NEWARK, NJ 07101–8120 |
| 7577389 | SPICEHOUSE USA | 47 BLOOMINGDALE ROAD | HICKSVILLE, NY 11801 |
| 7585623 | STATE OF NY DEPT. OF LABOR | UNEMPLOYMENT INSURANCE DIVISION  GOV. W.AVERELL HARRIMAN STATE OFFICE  BUILDING CAMPUS  BLDG. 12, RM 256 | ALBANY, NY 12240 |
| 7634458 | STATE SODA INC. | 21 POPLAR ST | E. RUTHERFORD, NJ 07073 |
| 7577390 | STATE SODA INC. | 21 POPLAR STREET | EAST RUTHERFORD, NJ 07073 |
| 7577391 | T EDWARD WINES LTD | PO BOX 242 | GARDINER, NY 12525 |
| 7581003 | T Mobile/T–Mobile USA Inc | by American InfoSource as agent  4515 N Santa Fe Ave | Oklahoma City OK 73118 |
| 7577392 | T. C. AIR CONDITIONING CORP. | 12 WELSLEY LANE | CORAM, NY 11727 |
| 7577393 | THE CUSTOMER CONNECTION II LLC | 960 S ANDREASEN DR. #B | ESCONDIDO, CA 92029 |
| 7577349 | THE KREUZ SAUSAGE & BARBECUE CO. INC. | KREUZ MARKET  619 N. COLORADO STREET | LOCKHART, TX 78644–2110 |
| 7585624 | THE SAM TELL COMPANIES | R.H.K. RECOVERY GROUP, INC.  1670 OLD COUNTRY ROAD, SUITE 202 | PLAINVIEW, NY 11803 |
| 7577394 | TOM CAT BAKERY, INC. | 43–05 TENTH STREET | LONG ISLAND CITY, NY 11101 |
| 7577395 | TORTILLERIA NIXTAMAL | 41–11 NATIONAL STREET | CORONA, NY 11368 |
| 7587347 | ULINE, INC. | 12575 ULINE DRIVE | PLEASANT PRAIRIE, WI 53158 |
| 7577396 | UNION BEER DISTRIBUTORS | 1213–17 GRANT STREET | BROOKLYN, NY 11211 |
| 7577397 | US FOODS, INC. | 1051 AMBOY AVENUE | PERTH AMBOY, NJ 08861 |
| 7577398 | US FOODSERVICE INC NY | 1051 AMBOY AVENUE | PERTH AMBOY, NJ 08861 |
| 7577399 | VAN LEEUWEN ICE CREAM LLC | 56 DOBBIN STREET | BROOKLYN, NY 11222 |
| 7577400 | VERIZON | PO BOX 15124 | ALBANY, NY 12212–5124 |
| 7577401 | WHITE PLAINS LINEN | 4 JOHN WALSH BLVD | PEEKSKILL, NY 10566 |
| 7577402 | WORLD CLASS SECUTIRY SERVICES | 155 WATER STREET, RM 208 | BROOKLYN, NY 11201 |
| 7577403 | ZENREACH, INC. | 1 LETTERMAN DRIVE, SUITE CP500 | SAN FRANCISCO, CA 94129 |
| 7577404 | ZSD, INC. | 112 HAUSMAN STREET | BROOKLYN, NY 11222 |

TOTAL: 145